No. 82–468. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* LARSON, SECRETARY OF TRANSPORTATION OF PENNSYLVANIA, ET AL.; and
No. 82–505. STEAMSHIP OPERATORS INTERMODAL COMMITTEE *v.* LARSON, SECRETARY OF TRANSPORTATION OF

PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 683 F. 2d 787.